O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
          Plaintiff, )   SA 08-208M
)
  v. )   ORDER OF DETENTION AFTER HEARING
)   (18 U.S.C. § 3142(i))
MANOLO MUNOZ HERNANDEZ, )
)
          Defendant. )
)

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

      (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. (X) serious risk defendant will flee;

   2. ( ) serious risk defendant will

      a. ( ) obstruct or attempt to obstruct justice;

      b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                                       II.

2      The Court finds no condition or combination of conditions will reasonable assure:

3      A.  ( X )    appearance of defendant as required; and/or

4      B.  ( ) safety of any person or the community;

5                                                       III.

6      The Court has considered:

7      A.  ( x) the nature and circumstances of the offense;

8      B.  (x) the weight of evidence against the defendant;

9      C.  (x) the history and characteristics of the defendant;

10     D.  ( ) the nature and seriousness of the danger to any person or to the community.

11                                                      IV.

12     The Court concludes:

13     A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16         **Defendant is undocumented.  He has no ties to the community and no bail**

17         **resources.**

18

19     C.  ( ) A serious risk exists that defendant will:

20         1. ( )   obstruct  or  attempt to obstruct  justice;

21         2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24         provided in 18 U.S.C. § 3142 (e).

25     ///

26     ///

27     ///

28     ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                          - 2 -                                       Page 2 of 3

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3    facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5    consultation with his counsel.

8    Dated: May 15, 2008

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE